UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION,<br>Plaintiff,<br>v.<br>JING QI,<br>Defendant. | Case No.: 26-cv-02855-AJB-SBC<br><br>**ORDER GRANTING JOINT MOTION REQUESTING DISMISSAL OF ACTION WITH RETENTION OF JURISDICTION**<br><br>(Doc. No. 9) |

Before the Court is Plaintiff U.S. Bank Trust National Association's ("U.S. Bank") and Defendant Jing Qi's ("Qi") Joint Motion Requesting Dismissal of Action with Retention of Jurisdiction. (Doc. No. 9.) The parties indicate therein that they "have reached settlement of this action and have memorialized their agreement in a confidential Settlement Agreement." (*Id.* at 1–2.) The Agreement "requires [Qi] to comply with specified terms no later than March 15, 2027." (*Id.* at 2.) The parties thus agree to dismiss this case without prejudice contingent on Qi's compliance with the Settlement's terms. (*See id.*) U.S. Bank's dismissal in consequently "conditioned on (a) the case being reopened for the purpose of filing a joint motion for entry of a consent judgment no later than March 30, 2027, in the event the settlement terms are not complied with, and (b) the Court's retention

of jurisdiction until March 30, 2027." (*Id.*) If, however, Qi complies with the Settlement's terms by March 15, 2027, "the Parties agree that the case would be dismissed with prejudice" on or before March 30, 2027. (*Id.*)

Good cause appearing, the Joint Motion is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**. The Court will retain jurisdiction over this matter until March 30, 2027. If the parties do not file anything further in this matter—aside from the below proof of service—on or before March 30, 2027, this case will be deemed to be dismissed with prejudice.

The Court further **ORDERS** U.S. Bank (1) to serve this Order on Qi and (2) to file a proof of service on or before July 31, 2026.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Hon. Anthony J. Battaglia
United States District Judge